## COMPOSITE EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HOWARD COHAN | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs | ) Case No.: 18 CV 03924 |
| | ) |
| RREF II DTMM,LLC, | ) |
| Dba DOUBLE TREE HOTEL | ) |
| MAGNIFICENT MILE | ) |
| | ) |
| Defendant. | ) |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Howard Cohan ("Plaintiff") and Defendant, RREF II DTMM, LLC, d/b/a DOUBLE TREE HOTEL MAGNIFICENT MILE, ("Defendant") ("Plaintiff and Defendant are collectively referred to as the Parties"), having entered into a Confidential Settlement Agreement and Release ("Agreement") that resolves all claims that were or could have been brought in this action, hereby stipulate to the dismissal of this action with prejudice. Attorney's fees and other recoverable costs and expenses, if any, shall be disbursed as specified by the Parties in their Agreement. The effectiveness of this Stipulation is conditioned upon the Court's entry of a Final Order dismissing this action with prejudice (the "Order"). The parties hereby stipulate and agree to the entry of the attached proposed Order and respectfully request that the Court enter the same.

Jointly submitted this 7 day of Nov., 2018.

Respectfully submitted,

| | |
|---|---|
| **ROBERT M. KAPLAN, P.C.** | **JULIA P. ARGENTIERI** |
| Counsel for Plaintiff | Counsel for Defendant |
| 1535 W. Schaumburg Rd., #204 | Jackson Lewis PC |
| Schaumburg, IL 60194-4052 | 150 N. Michigan Avenue |
| Telephone (847) 895-9151 | Telephone: (312)-787-4949 |
| Facsimile: (847) 895-7320 | Facsimile: (312) _____ |
| | |
| By: /s/ Robert M. Kaplan | By: /s/ Julia P. Argentieri |
| Robert M. Kaplan | Julia P. Argentieri |
| rmkap@robertkaplanlaw.com | julia.argentieri@jacksonlewis.com |

ROBERT M. KAPLAN
LAW OFFICES OF ROBERT M. KAPLAN, P.C.
Attorney for Plaintiff
1535 W. Schaumburg Road, #204
Schaumburg, Illinois 60194
(847) 894-9151
IL Bar No. 6206215
rmkap@robertkaplanlaw.com

11